UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

MAR 2 5 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

DR. KURT MARIN, MAURICE SYMONETTE
AND CLYDE MCPHATTER

Plaintiffs

**16-CV-21085-JEM/JG**

Vs.

Washington mutual Bank F.A. ,
Washington Mutual Bank
and JPMorgan Chase Bank

Defendant(s)
_____/

COMPLAINT

<u>WRONGFUL FORECLOSURE BY
JPMORGAN AND THE CLERK OF THE COURTS</u>

1). VIOLATION OF FL. STATUE
119.11(4)

**Jury trial requested**

2). WRONGFUL FORECLOSURE

INDEX

3). VIOLATION OF OBAMA'S  PROTECTING
TENANTS AT FORECLOSURE ACT OF

INTRODUCTION

2009

4) FRAUD AND CONCEALMENT

1

JURY TRIAL

DEMAND CLAIM OF RELIEF

FIRST CAUSE OF ACTION- IS VIOLATION OF FLORIDA STATUE 119. 11(4)

SECOND CAUSE OF ACTION- WRONGFUL FORECLOSURE

THIRD CAUSE OF ACTION- IS VIOLATION OF OBAMAS PROTECTING TENANTS AT FORCLOSURE ACT OF 2009

FOURTH CAUSE OF ACTION- FRAUD AND CONCEALMENT

## PARTIES AND JURISDITION

**1)**. Plaintiff Kurt Marin is a resident of Miami Dade County and the prior owner of the  single Family residence located at 3320 NE 165th st. Miami, Dade County, in the state of  Florida the legal description is: Eastern Shores 1 Addn  PB  65-39  lot 8 BLK 6 lot size Irregular or 20413 4142 05 2002 1 coc 25872-3682 08 2007 4 or 28094-4012- 0809-11 parcel Identification Number: 07-2210-001-0080

**2**). Defendant JPM  has operations in Miami Dade County Florida And other states Defendant  JPM  a New York  Corporation License to do Business in Florida, is in Aquire of certain assets and liabilities of  WAMU from the Federal Deposit Insurance corporation ("FDIC) acting as receiver and chase claims to be the, Note Holder beneficiary or servicer for investment trust Of a loan which is Which is the Subject of this complaint

**3**).  Plaintiff Clyde Mcphatter is a resident of dade county and prior owner Property at 3320 NE 165th street Miami Fl. 33160.

**4)**. Plaintiff Maurice Symonette is a resident of Miami Dade County Florida and Also prior owner of said property at 3320 NE 165th st Miami, Fl. 33160.

5). Shapiro Fishman & Gach'e LLP, are Attorneys for JPMorgan Chase Bank and also Washington Mutual Bank FA, and Washington Mutual Bank and they have a office that Is located at 24424 North Federal HWY. Suite 360 Boca Raton Floridan33431

**JURY TRIAL DEMANDED**

6). Plantiff requests a jury trial on all issues

**CLAIM OF RELIEF**

**7)**. Plaintiff's brings this action against JPM and Washington Mutual Bank for S.E.C. Fraud, Violation of Bankruptcy Stay and Wrongful Foreclosure by fraudulently selling Plaintiff's property at a Foreclosure sale knowing that they don't have Stock Market alresdy and knowing that they sold the NOTE on the S to do so and attempting to Evict Plaintiffs to deprive Plaintiff's of their residence Without any lawful claim to the property and against the Clerk of the Court for assisting JPM's fraud by deliberately and illegally Destroying the File and the COPY of the NOTE that JPM Filed to hide JPM's fraud in Violation of Florida Statue 119.11(4) and for Clerk of the Courts Violation of Bankruptcy Stay.

**FACTS**

Then JPMORGAN hereinafter called (JPMs) Bank used SEC Fraud by selling NOTE on the Market thereby getting paid off for the NOTE and then illegally foreclosing and trying to Quickly Evict us to hide their SEC FRAUD using discrimination and racism

with the excuse of keeping Blacks out of a White neighborhood to illegally evict us because JPM Rep. Barry Gamel said  we are NIGGERS who will take the property value down. Three days before the racist incident, Barry Gamel a realtor who claimed he worked with JPM Chase Bank drove by 3320 N.E. 165th St. my house, and said to Maurice, Al, Clyde and James "you Niggers are an insult, NIGGERS bring down the property value, your making it hard for us to sell property here" Gamel also said "your bank has foreclosed on you and I'm going to get you NIGGERS out, because NIGGERS bring the property value down." Then on or about 01/27/11 Barry Gamel was out watching as representatives of the City of Miami Zoning Department accompanied by 11 police officers with rifles and guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165th St. N. Miami Beach FL. 33160 after police hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High Fiveing police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house with owner Clyde McPhatter, Maurice Symonette said the house is in bankruptcy, **see exb. ( 11 )** never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house. Rosenkauf informed Plaintiffs that we had to vacate the premise because the house was a danger and uninhabitable since Plaintiffs did not receive city water. Plaintiffs home was using well water, like other homes in the

4

community are already doing but no law has been brought up    Against people having well water but they are charging us a $250.00 fine every day for not using City water **see exhibit # ( 12 ).** Rosenkauf ordered Plaintiffs to vacate the property without probable cause. After asking for the City Hall rule in writing, Rosenkauf stated Chapter 8, Section 5 on the back of his city planning business card. He then posted a red notice on the door to condemn   the property **(see exhibit 13.),** The police searched the residence and ordered all the occupants to leave the home. The Police then locked the doors. Plaintiffs were forced to leave their Vehicles and walk on foot. The next day, Gamel was seen at the residence with another Chase Bank realtor. They were changing the locks on the doors. Another Chase Bank person was seen removing property from the residence loading it on the Chase Bank Realtor's truck. Plaintiffs approached the JPM Bank Rep. and inquired as to where they were going with Plaintiffs property. They said they were instructed to remove the property by  JPM Bank. They showed documents that showed the banks name. Maurice Symonette asked him for his card.  He said hold on a second and went to the truck to get another card, because something was written on his card.  He jumped into the truck and sped off. Defendants stole over $600,000.00 of equipment. The next day after the locks were changed Florida Power and Light (FPL) was observed turning off the power at the Residence. Their reason was that the North Miami Beach Zoning department ordered FPL To cut the power to the because the house was a "grow house" for Marijuana, an illegally controlled substance. When Plaintiffs went to the police department to complain about them calling our house a marijuana grow house the police were embarrassed and said after we have been evicted out of our house for 3 days that we were allowed to go back in because there was no eviction and no Judges order and they were appalled because they

5

(police) searched the whole house the day of the incident and saw no marijuana, just beautiful furniture.  And so therefore we are not going to allow the Zoning department to your house. And while protesting with the help of Tea Party, the police chief said we should sue Miami Beach.  Now the Zoning department and police  chief no longer work with the City of North Miami Beach. Plaintiffs did not grow marijuana at the premises and no evidence was discovered to counter this allegation. The removal of electricity, which caused the generator in our yacht to stop pumping out water from the boat. The 74 foot 4 story yacht sank and was a total loss. The dock was also damaged while police kept Plaintiffs away from the premises.  See YouTube SymonettePalace bad3. Defendants committed an illegal self-help eviction. The actions of the Defendants caused great harm and stress. On or about July 23, 2010 Plaintiffs son Jerimiah Parham who lived in the house was brought up on false charges for firing a firearm while defending his home from intruders at 3320 N.E. 165st. Miami Fl. 33160 all in an effort to get us Black people out of this White neighborhood. Plaintiff and his son were arrested because of the incident. Was racially motivated and prejudicial in violation of fourteenth amendment that preserves the rights of a defendant in state court. States the following: because they don't want Blacks in their white neighborhood. A Police Officer hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High-Fiving police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house, I said the

6

house is in bankruptcy, never foreclosed, no Judge ordered eviction and only a Sheriff not a

regular police can evict. Then the sergeant said we'll talk to the Building Department

person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house.

Made us leave the house on foot. Then the next day we caught the JPM Reps. Changing the

locks  then they sped away with all of our stuff in their JPM Truck JPM Bank

Was caught stealing $700.000.00 in property and recording equipment out

of the house and changing locks to lock us out of our house with no court Order. We

want our property replaced or the money back tripled.

On or about July 25th 2012 detectives led by Detective Catlin searched our house

And Plaintiffs bedroom without a search warrant. While pretending to search Alfred Davis

room to further harass us and to force us out of the white neighborhood on July 26th 2012

and they were obviously looking for money to take and detective said to Alfred Davis where

is your money with witnesses see (**exhibit 14  &15)** all in quest to steal and run black people

out of the white neighborhood. Maurice Symonette was driving his Mercedes Benze, in

North Miami near Biscayne Blvd. Police Officers  saw Maurice and recognized his face as he

drove by them they then turned their Car around and made him pull over on a traffic stop, at

the time of the stop the officer had no Objectively reasonable suspicion that Symonette was

engaging in any criminal activity, after he Stopped the vehicle officer Marin ordered

Symonette out of the vehicle, in which he did,  officer Catlin searched the vehicle without

Symonette's consent , officer Catlin entered the vehicle and Seized a fire arm that he had

found in the glove compartment and he lied and said he found it on

The Passenger seat underneath some paperwork, and I have 5, witnesses with affidavits that

said They saw Detective Catlin take the gun from out of the glove compartment **see exb.**

**#16,17,18,19,&20**.  The Code and Zoning Department is trying to run us out of town because of the water situation the Zoning Dept. They say It is illegal to have well water in our area **see exhibit# ( 12 )**   but there are people in this neighborhood that have well water and they also said that our gate was to high over 5 feet **exhibit**  but lots of White and mostly East Indians gates are well over 5 feet high exhibit . They're Acted out Racism and Discrimination to kick us Blacks out of a White Neighborhood also as an Excuse To evict us illegally with the help of Racism and SEC Fraud, as a result of  Said extreme and outrageous conduct by defendants and each of them, Plaintiffs has suffered Severe emotional distress.

JMP Bank was caught stealing $700.000.00 in property and recording equipment out of the house and changing locks to lock us out of our house with no court Order. We want our property replaced or the money back tripled. And also in 8/6/2015 plaintiffs were arriving home at their  address again, at the 3320 NE 165thnst.  to find that there house had been broken into by people from the bank JPMorgan Chase Bank) they were still in the house, and the police was there with them also, they had changed the locks, on see **exhibit video 2b. gods2.com** of police and bank at house and said that they were from the Bank and were there to evict us, but we were still in Bankruptcy at the time and there  they had taken some of the our property out, some from each room, and put a cover over the pool we showed them the Bankruptcy and told them we were not evicted yet, and they had already loaded some of our stuff in a truck that they drove to the house in. One of the owners of the house told them the bank they had to leave because the house was still under bankruptcy and they would be in a lot of trouble if they tried to take the house without a writ or sheirff then they  left after being shown

the bankruptcy and still had plaintiffs property on their truck full of our possessions and tools totaling in over $100,000.00 all this done with SEC FRAUD.

## FIRST CAUSE OF ACTION AGAINST CLERK FOR DESTROYING FILE IN VIOLATION OF FLORIDA STATUTE 119.11(4)

The State court clerk were Hiding the File and telling us the File & note was destroyed when it wasn't and then telling us the note was destroyed on camera, and they said that Mack Wells, Bankruptcy would not stop the sale while on video. Clyde McPhatter and Maurice Symonette's Bankruptcy would not stop the sale while on video. On the date of 2/3/2016 Plaintiff was in the state court House on Flagler Street in Miami Fl. I requested the court Records to my property at 3320 NE 165thst. Miami Fl. 33160 From the Clerk but the clerk Informed me that they had been ordered to burn my property foreclosure records on 1/1/15, **See exhibit# AA,**  Affidavits **exhibit #1a.&1b,** and **exhibit# 2 video  on gods2.com** my property records should not Have been destroyed because at the time and for years I've had lawsuits and appeals in state court, federal court and now they've destroyed the files making it very difficult for me to go on with my case against  JPM,  in violation of Florida Statue 119.11(4) which says "service of a complaint, counterclaim or cross claim in a civil action brought to enforce provisions of this chapter, the custodian of the public record that is the subject matter of such civil action shall not transfer custody, alter, destroy or otherwise dispose of the public record sought to be inspected and examined , not withstanding the applicability of an exemption or the assertion that the requested record is not public record subject to inspection and examination under s.119.07(1) until the court directs otherwise. The

9

person who has custody of such public record may, however at anytime permit inspection of the requested record as provided in s. 119.07(1) and other provisions of the law." We have witnesses who saw the whole FILE and there was no Original blue ink NOTE in the File see Affidavit **exhibit 3.** The only thing JPM had as any proof of NOTE ownership was two FDIC Documents stating that JPM by Operation Law JPMorgan now owns all of Washington Mutual Bank's Assets but never showing our NOTE as one of  the assets **see exhibit 4. Now when we come to see the whole FILE to see the original NOTE of which we are witness that there was never an original NOTE Filed but the CLERK OF THE COURT is helping JPM BANK by saying they have DESTROYED the FILE so that we cannot see the Phathom NOTE  when in actuality the only paper JPM BANK used to show their ownership of NOTE is the by OPERATION OF LAW LETTER from the FDIC which the Courts have totally REJECTED KIM V. JPM.**

## SECOND CAUSE OF ACTION: WRONGFUL FORECLOSURE

This is an unlawful foreclosure because JPM does'nt own the Note, they cannot possibly own the Note, read **exhibit #8** from Brevard County Florida Judge O.H. Eaton Jr. order granting Defendants Motion for Summary  Judgment On Item 4 says by Operation of Law , Plaintiff admitted that it is not the owner or Holder of the NOTE.

### NO STANDING TO FORECLOSE

JPM does not have standing in any part of this property to make any claims or demands for any payments of any sort, because I now have absolute Proof that JPM committed fraud on the  court, as now proof from a  Certified Securitization Auditor that is qualified and experienced to provide the necessary Professional

service that is trained to navigate and perform searches on the Bloomberg terminal in regards to the automatic tracking and determination of mortgage and loan related documents and information as seen **on exhibit 7#.** An affidavit from Expert Witness Eliyshuwa Shaphat Yisrael a certified SEC/CFLA AUDITOR explaining and proving with the Prospectus Screen Shots on Stock Market the transactions that took Place on said propery at 3320 NE 165th street Mia. Fl. 33165 of all the screen shots that took place with the securities transactions during the time the property Was sold to owner Kurt Marin up until the present time **see exhibit 7, pgs. 2-5,** and a Licensed Bloomberg Mortgage securitization Auditor(SEC) of the CFLA. **see exb.#7, pg.1.** This shows that Washington Mutual Bank A a/k/a Federal Savings **exhibit 7,pg.2** Bank sold note right after the closing of the property 07/14/06 to WAMU Capital Corp. who on pg. one of the Screen Shot Sold NOTE on Market as a Security 09/26/06 with US BANK National Association as Trustee **Exhibit# 7pg.6** This proves that Washington Mutual Bank FA sold the Note as a Security 09/26/06 & after selling the NOTE one year later April 25. 2007 without noticing us filed a notice of lis **Pendens exhibit A.** Then WAMU was taken over by the FDIC Sept 25 2008 and all WAMU assets to JPM **exhibit 4.** But this did not include our NOTE because our NOTE was already sold as a security on the Market **exhibit7pg.6** and according to the SEC Screen Shots in the corner of the this page this NOTE is now and still on the Market as a security/bond/stock as of Jan. 6. 2016 **exhibit#7pg.6.** According to the GAAP FASB FAS 140 Rule says that when a NOTE is sold on the Market as a Security the NOTE must be burned and Destroyed and can never be used as a foreclosure instrument because that is SEC Fraud because the IRS has

<u>written the Destroyed loss off,</u> then the insurance paid the loss off and then sold it

on the Market.<u>That's why the FDIC P&A (Purchase &Assumption Agreement) page</u>

<u>17 article 3 sec.3.3 says that for JPM to own the NOTE (and give JPM standing to</u>

<u>Foreclose) the FDIC must sign (endorse) the NOTE over to JPM</u>.

Plaintiffs state that they have been beset by continuous bankruptcies, frivolous and

inappropriate Motion by appellants. JPMorgan and it's ATTORNIES Shapiro Fishman and

Gach are the Lying thieves who call good evil and evil good ISAIAH 5:20 because we are

good guys helping people www.agajobsmarch.com and are not Dead Beat Homeowners

seeking to live for free because we were making our payments on time then suddenly

they (WAMU)stopped taking our payments without us knowing filed foreclosure all

without our knowledge we asked for the NOTE (to make the correct payments after

finding out by accident while checking on another case that WAMU filed a Complaint

against us for this property 3320 ne 165st MIAMI Fl. Even though we were actually

paying on time but with no Notice to us on the Complaint. But when we contacted them

by phone WAMU TOLD us we were right and it would be corrected, then suddenly they

sent our payments back and JPM took over and all without notice to us and got a

Judgement and sent our money back. Then JPMorgan sent the NMB police by and

evicted, arrested and handcuffed us on the ground in front of the neighbors at that house

and made us walk and leave our cars and then a day after illegal Eviction Police let us

back to the house after they found out that JPMorgan lied and we saw who identified

themselves as JPM Reps. Changing our locks and they had stole almost everything out of

our house wow! And they call us wrong GOD help us we have actually no rights see

**exhibits #11**. All this done 01/27/11 **exhibit #13** without the foreclosure sale

happening yet or a COURT ORDER and while we were in BANKRUPTCY 11/19/10

through 08/08/11. See **exhibit #11**. JPM does not have standing in any part of this

property to make any claims or demands for any payments of any sort, because I now

have absolute Proof that

JPM committed fraud on the  court, as now proof from a  Certified Securitization

Auditor that is qualified and experienced to provide the necessary Professional

service that is trained to navigate and perform searches on the Bloomberg terminal

in regards to the  automatic tracking  and determination of mortgage and loan

related documents and information as seen **on exhibit 7#.** An affidavit from Expert

Witness  Eliyshuwa Shaphat  Yisrael a certified SEC/CFLA AUDITOR  explaining and

proving with the Prospectus Screen Shots on Stock Market the transactions that

took Place on said propery at 3320 NE 165th street Mia. Fl. 33165 of all the screen

shots that took place with the securities transactions during the time the property

Was sold to owner Kurt Marin  up until the present time **see exhibit 7, pgs. 2-5,** and

a Licensed Bloomberg Mortgage securitization Auditor(SEC) of the CFLA. **see**

**exb.#7, pg.1.**  This shows that Washington Mutual Bank A a/k/a Federal Savings

**exhibit 7,pg.2** Bank sold  note right after the closing of  the property 07/14/06 to

WAMU Capital Corp. who on pg. one of the Screen Shot Sold NOTE on Market as a

Security 09/26/06 with US BANK National Association as Trustee  **Exhibit# 7pg.6**

This proves that Washington Mutual Bank FA  sold the Note as a Security 09/26/06 & after selling the NOTE one year later April 25. 2007 without noticing us filed a notice of lis **Pendens exhibit A**. Then WAMU was taken over by the FDIC Sept 25 2008 and all WAMU assets to JPM **exhibit 4**. But this did not include our NOTE because our NOTE was already sold as a security on the Market **exhibit7pg.6** and according to the SEC Screen Shots in the corner of the this   page this NOTE  is now and still on the Market as a security/bond/stock as of Jan. 6. 2016 **exhibit#7pg.6.** According to the GAAP FASB FAS 140 Rule says that when a NOTE is sold on the Market as a Security the NOTE must be burned and Destroyed and can never be used as a foreclosure instrument because that is SEC Fraud because the IRS has written the Destroyed loss off, then the insurance paid the loss off and then sold it on the Market. That's why the FDIC P&A (Purchase &Assumption Agreement) page 17 article 3 sec.3.3 says that for JPM  to own the NOTE (and give JPM standing to Foreclose) the FDIC must sign (endorse) the NOTE over to JPM.

**A1.**   On page 17 of the Purchase & Assumption Agreement between the FDIC and JPM article 3 section 3.3 says JPM cannot own the NOTE from the FDIC that came from Washington Mutual Bank, the FDIC must Possess the NOTE and sign the NOTE over to JPM before which JPM cannot own, sale or foreclose on the NOTE.  And our NOTE was never possessed by the FDIC and the FDIC never signed the NOTE over to JPM so therefore JPM  does not own our NOTE and is not the Servicer, why?

    A.   Because **Washington Mutual Bank FA** which is ***Federal Savings Bank***  to whom Plaintiffs signed the NOTE with **see exhibit 5 & 6**, got Paid off when they sold the NOTE to **Washington Mutual Bank** a different entity which is almost the same name but without the letters ***FA*** at the end of their name **see exhibit (6)** This is also in violation of due process of the  law  of the 5th and 14th Amendment of the United States Constitution because the TILA Violation of Mortgage Servicing Rules

12-CFR-1026.39 says that the Bank must tell Owner when they Transfer the NOTE but to Committ Fraud they hid the transfer to hide the fact that they were putting the NOTE on the Market that's why Washington Mutual Bank is the FORECLOSER on, us not Washington Mutual Bank FA. But even in the NOTE itself it says that they must tell the owner when the NOTE is transferred to another entity.

B. Then Washington Mutual Bank sold the NOTE on the Market through WAMU Capital Corp. put the NOTE under the Cusip # 93363NAA3 see top of page 7 of the screen shot **exhibit #7, Page 7)**lines 3&8 in a pool of 404 other NOTEs called WaMu Mortgage Pass- Through Certificates Series 2006-AR12 Trust sold for $1,694,778,749 divided by 404 NOTES in that pool = $4.194 million made that paid off our 1.9 million dollar NOTE on the Stock Market and with Washington Mutual Bank as Servicer and US Bank NA as Trustee **(NO WHERE IS JPM SHOWN AS OWNER OR SERVICER ON SCREEN SHOTS MARKET SELL WHICH IS STILL TRADING FROM SEPT. 2006 UNTIL JAN. 2016 ). See page 6 at bottom of SCREEN SHOT exhibit 7.** So JPM is committing S.E.C. Fraud. Why?

C. GAAP FSAB FSB Rule 140 says that once the NOTE is Traded on Market the NOTE must be Burned & Destroyed because the NOTE is paid off and cannot exist at the same time as the **NOTE** and never be used as foreclosure instrument again because that's Double Dipping and defrauding the investors who are made to believe that the NOTEs that is now a Bond are performing and is SEC Fraud for them to be investing in NOTES that are in Default with no hope unknowingly by investors for a return.

D. **JPMorgan v. Sharone D. Waisome** The JPM and WAMU Scheduler of NOTEs Expert Witness LARENCE NARDIS said in his Deposition there is absolutely no Ownership of Property NOTEs from Washington Mutual Bank through the FDIC to JPM, so therefore JPM has no Standing to foreclose on Washington Mutual Bank NOTEs. See in the deposition of former employee of WAMU System Analyist Lawrence Nardi, taken on May 9, 2012, **Exhibit 9,** Lawrence Nardi testified in court as seen in Deposition on page 261 From this case that there was no assignments of mortgage, and there was no allonges, and in the thousands of Loans that were a part of the purchase he had never seen an assignment of mortgage and

that no assignments exist or allonges or anything transferring ownership from WAMU to JPM from the FDIC. In fact in the whole P&A Agreement between the FDIC and JPM from Washington Mutual Bank there are no mortgage loans promisary notes at all. There are only auto notes college loans and credit cards Therefore JPM cannot own any notes and therefore JPM has no standing to foreclose on the promissory notes.

E. **ERIC MAINS V. JPMORGAN and WASHINGTON MUTUAL ET AL. This FDIC** Expert Witness and former Employee of the FDIC, responsible for closing WAMU and acting as the failed WAMU's Receiver. see page 6 pargraph 26 of ERIC MAINS v. JPM, 15-CV-00036SEB-WGH, Complaint, Eric Mains was in charge of Robert C. Schoppe of the FDIC who signed the Operation of Law Document that JPM uses in Court to falsely prove Ownership of NOTEs like in Our Case see **exhibit (4).** ERIC MAINS says that JPM doesn't OWN the Washington Mutual Bank NOTEs.

F. Can't own NOTE through Operation of Law see JAVAHERI V. JPM and KIM v. JPM , Judge O.H. EATON in Florida Brevard County) say JPM admits that they can't own the Note by operation of law. **exhibit# 8.** (a case that JPMorgan is hiding). and the Florida 4th DCA GAINUS WRIGHT 111 V. JPM, JPM vs. Gary S. Snyder, and Jane Snyder, Fiorito v. JPM Chase Bank National Association 4th DCA says you can't own the Note by operation of law!! You must get the note signed over to you to the FDIC and you must file the note with the clerk of the court to have standing to foreclosure.

G. The sale of Washington Mutual Bank Assets from the FDIC to JPM was never finished while JPM was foreclosing on us in Sept. 25. 2008 without owning the NOTE because JPM asked for more time to close the sale up until August 30. 2010 see **exhibit (10)** and until this day (2016) sale has not closed. So that even if WAMU would not have sold the NOTE on the Stock Market they were and are foreclosing without STANDING.

H. Mclean v. JPM Florida says you can't foreclose on a NOTE before you own it so JPM has no standing to Foreclose.

I. **HOUSE BILL 87** Florida's Governor Rick Scott, Sighed a new foreclosure bill into Law on 6/07/2013 called " House Bill 87" Requires lender to produce the note with Its

complaint, and limits deficiency Judgments. Starting July 1, 2013 (the plaintiff the owner of the loan) must prove its right to foreclose by filing additional items along with the foreclosure Complaint including:

1. A certification that the plaintiff is in possession of the original promissory Note.
2. if the Note has been lost, a lost note affidavit with a clear chain of of endorsements, transfers or assignments of the promissory Note.and theNOTE cannot exist at the same time as the Security which Is now turned into a **BOND exhibit#7pg.16-18**. because that is SEC Security Fraud because they're defrauding into believing that that BOND (NOTE) is performing when it's actually Defaulted and they are double dipping getting money foreclosing on Property and Stock Market money from investors this is ILLEGAL CRAZY!

## FEDERAL RULE **3.1 STANDING RULE**

I.    Standing can be questioned anytime during a case. The Supreme Court has made it clear that the burden of establishing Standing rest on the plaintiff (the owner of the Note). At each stage of the litigation from the initial pleading stage. Through summary judgment and trail-the plaintiff must carry the burden. Standing must exist on the date that the complaint is filed and throughout the litigation. Moreover, standing cannot be conferred by agreement and can be challenged at any time in the litigation, Including on appeal by the defendants or in some circumstances by the court Sua Sponte.  Finally plaintiffs must demonstrate standing for each claim and each request for relief. There is no supplemental standing: standing to assert NOTE cannot exist at the same  time as the Security which

Is now turned into a **BOND exhibit #7 pg. 16-18**. because that is SEC Security Fraud because they're defrauding into believing that that BOND (NOTE) is performing when it's actually Defaulted and they are double dipping getting money foreclosing on Property and Stock Market money from investors this is ILLEGAL CRAZY! one claim does not create standing to assert claims arising from the same nucleus of operative facts. Washington  Mutual Bank FA, Washington  Mutual Bank  nor JPMorgan  Chase was not in possession of the Note Prior to the date of  filing Lis Pendens of the Final Judgment.

9.    JPMorgan admits in **<u>exhibit # 8</u>** that by operation of law that JPMorgan it is not the owner or holder of the original note, as was held in court  by Judge O.H. Eaton where on that case defendants were granted motion for Summary

Claimed to have acquired to have acquired all of Washington Mutual's loans And assets through the FDIC by Operation of  Law, and in fact the record is Utterly Bereft of any evidence as to the manner in which that Note ultimately Came into Possession  of  Washington  Mutual Bank  FA subsequent to the Filing of its Complaint. Accordingly there exist genuine material issues of Fact which operate to legally preclude entry of a Summary Judgment. Therefore JPMorgan foreclosed on us before they actually owned the note They can't foreclose on a Note before they own it see (Robert Mclean v.  a JPM),

VIOLATION OF DUE PROCESS OF SERVICE

We now have found  newly found evidence Found after the Judge released file

from Judge's office back to Clerk of the Courts where we now able to get the proof

of filings proving that appellant's Had been claiming that they were never Served

from the beginning one Month after Judgement **see exhibit #27** and then six

months later in**exhibit #28**, Lawyer for Appellant's  Nashid  Sabir entered a

motion to vacate default Into the files Because we were never served so therefore

the rule that said You must file a motion on the fact that you were never served

before one Year after Judgement or wait until the last minute to say you were not

served See Well Fargo v. Lopez and Indy Mac v. DeCastro. We clearly were well

Within the time required twice we did Motions concerning not being Served.


10.  On page 3, 2nd paragraph  of  JPMorgan's answer to our Brief  they admit

That they did not have NOTE to show ownership after we have been asking

Fom the beginning of this case to produce  but instead says by OPERATION OF

LAW from the WAMU through the FDIC to JPMorgan they own the NOTE

A.  See JPMorgan  v. Wright 4th DCA of Florida,  Judge O.H. Eaton  Brevard

B.  County Florida, Kim  v. JPMorgan, Javaheri  v. JPMorgan all say you


C.  can't Own NOTE through Operation of  Law

D.  The FDIC Rules say in the Purchase & Assumption Agreement between

the FDIC and JPMorgan on page 17 article 3 section 3.3 says in order for

19

JPMorgan to own a WAMU NOTE the FDIC must sign the NOTE to

JPMorgan who then must file that NOTE with the Clerk of the Courts not

by Operation Of Law which was created for the FDIC Gov. branch only

not the Banks

E.  On item #2, page. 8, Appellees state that appellants argument concerning

Standing was not a proper ground on which to oppose the issuance of the

Certificate of title, but the fact is we filed our Motion to Object to Sale

and prove standing was set for hearing before Banks Motion to issuance

of the title the Judge just did them at the same time even though our

should have been heard first now they say it was the wrong forum. Well

it was also in Bankruptcy and should have not been heard at all and Bank

say our motion was meritless in any event because of rocket hearings

never gave us a chance to show Merrits which was because we were

never late on payments and JPMorgan does not own the NOTE!

F.  On pg. 9 second paragraph appellees say it therefore necessarily follows

that if an argument as to the as to the validity of the foreclosure judgment

cannot be raised as a challenge to the sale, and it certainly cannot be

raised as a challenge to  the mere "ministerial act" of issuing the

subsequent certificate of title, but they never gave us a hearing now that

the judge recused herself.

G.   On page 10 second paragraph appellees state that the record does not

demonstrate that Marin preserved his right to challenge  the personal

jurisdiction of the trial court by timely arguing a failure of service,

20

But Marin's argument as is well understood because now there is newly
Found evidence because the Judge in the state court had kept the files in
their office. After finding the documents it clearly shows that we did
preserved it on record one month after judgement **See exhibit 27**

H.  Again here on page 10, marin apparently filed an answer to the complaint
On 05/04/2007 yet fails to include the answer in the record on appeal,
appellant had asked for the note called bank after seeing file while
checking on another house.

I.   On page 11 they appellees say proper service was given under section
48.031(1)(a), Fl. Statues, and that appellants do not even attempt to
dispute the affidavit of the process server , but affidavit from tenant says
it was never served and no person by that name ever lived  at 1220  at
that time or ever see exhibit **#38-39** the law is law and the rules are the
rules they can't work one sided this what the criminal want's is for you to
be rendered helpless with no weapons to fight back against their thievery
so they can enforce the American  Black Code of the South right after
Civil War which said "X Slaves are not allowed to own PROPERTY ,
Meet together to Start and Own Business or OWN WEAPONS (law) to
Defend ourselves google this. The Banks are using  Judges to enforce
their BLACK CODE on now Blacks and Whites by asking you Judges to
not follow the law and rules that would PROTECT  US. making the fight
lop sided Protecting and Cheating for the BANKS our hope is lost
because the LAW clearly states that Defendants must be NOTICED!

21

J.   last paragraph pg. 11, it says automatic stay does not apply to the issuance of certificate of title. JPmorgan down played the fact that that they broke the law and ran over clyde Mcphatters bankruptcy calling it a mere "ministerial task"(on pg.2) that does not violate an automatic stay In bankruptcy, but bankruptcy Stay stops all action on Property, stay must be relieved by Federal bankruptcy Judge that's typing) to see if Mcphatter had intervened **see exhibit #32** . **Page 13 lines 10-24** transcript and see Bankruptcy stay law 11 USC 362(a) (3). And the court violated property owner Clyde Mcphatter's  right to use his bankruptcy to stop the transfer  of  the Title to his house even though it has been shown in the docket on **exhibit  #29** on dates 07/12/13 thru 07/16/13  McPhatter had  been granted the right to intervene by Judge Hubbard on occasions for the same property **see exhibit #29.** Attorney's for Appellee's had never filed an Appeal to those Decisions by Judge  Hubbard so therefore Clyde McPhatter Bankruptcy was right . And Judg Areces erred when she ran over the Bankruptcy and must be overturned because Judge Areces has no right to run over Bankruptcy wherein we tried to object to Claim and amount owed and now the Judge has recused herself to avoid the appearance of impropriety  exhibit #33. Only the FDIC  RULES say That the only way that JPM can take over the Note is not by operation of law, operation of law was created by the united states Government using the FDIC Which is an insurance company to protect the people so they wouldn't have to do a run on the bank but if the bank failed they were insured up to $100,000.00 by the peoples money from the

Treasury Department which is tax dollars the FDIC was created to protect

them so they wouldn't have to do a run on the bank and they can get their

money back and then the FDIC would be allowed to act Through operation

of law as if they are the bank that's as if they are WAMU to be them by

getting the note signed over to them so that they could sell the assets freely

without going through all of the regular rules acting as if they are the

bank(WAMU bank) and then whoever they sell the Note to they recover

their money to give back to the people for victims to recover their money

from the failed bank Then WAMU is out the way then whoever they sold it to

would haveto then get The note signed over to you from the FDIC according

to the FDIC rule which Is the Purchsae & Assumption agreement page 17.

Article 3 sec. 3.3 where They must sign the Note over to the bank that they

sold it to like JPM, JPM is not designed by the US Gov. To help the people

they are designed to make money and act as a bank they Cannot own Note

through operation of law according to **Kim v. JPMorgan** Supreme Court of

Michigan and according to certain rules in the state of Florida like Florida

Statute 87 which says the NOTE must signed over to you for you to own the

NOTE. <u>Of which JPM does not have our NOTE signed over to them from the</u>

<u>FDIC or WAMU and therefore has no standing to foreclose or EVICT.</u> When

the Sherriffs come they must have a copy of the signed NOTE which is now a

BOND so Sherriffs must have the BOND that is in JPM's name but the BOND

is not in JPM's name **exhibit#7pg.16-18**. <u>WAMU mortgage passed the</u>

<u>certificates 2006 AR 12 has been desolved since 2009 and is no longer a</u>

23

trust and U.S Bank as Trustee cannot conduct a lawsuit for a trust that no longer exist so the U.S. Bank will be breaking the law if they were conducting a lawsuit or a foreclosure in the name of a trust that no longer exist also Washington mutual its self is bankrupt and was already taken over by the FDIC it does not exist therefore they cannot conduct a foreclosure Case in the name of Washington Mutual  Bank FA. We know that in the Interest of Justice a Judge would say you must pay your Mortgage and the fact is we we're paying our Mortgage and after JPM took over sent our money back.so we are in which in the promissory note we promised to make full payment but we never promised how we would pay it back, we could have paid them back by borrowing the money from my Grand Father or any other kind of way so therefore we're not responsible for the fact that they helped us pay them back by selling the note for us and securitizing the note and making much more money off of what we were supposed to pay back than what we owed therefore they have been paid and they can no longer ask us for the money, example you buy a car for $100,000 you make payments on a car up to $80,000, now you owe $20,000, you can't finish paying, the bank Reposses the car, then the Bank sells the Car for $80,000 the bank is supposed to take their $20,000 and give u back the $60,000 as per Federal Law TILA. So now back to our JPMorgan case. Our Note is in a Bundle of 400 other Notes converted into a Bond and is now trading on the market from 09/2006-01/2016 and made $1.7 billion divided by 400 Notes=they made over four million which is over twice what the 1.9mil. we

owe. This was done off of the 404 notes that were packaged and securitized in 2006 and they collected off of the insurance and they collected off of our payments and the IRS gave them a write off in the form of cash so they have been well $700 billion bailout they've been well compensated compensated even though they act like they are the Damsel in distress and then they got a $700 billion bailout they've been well compensated they are not the Damsel in distress we the people (Home Owners) are. And trying to make us look like the criminal when they're the ones who are the criminals who made the money off of our signature and note. After the Civil War the now EX SLAVE MASTERS of the South in America passed a Law called the American Black Code of the South. Here are Some of the excerpts, A. Niggers cannot OWN PROPERTY (so JPM financers of Slavery see google, can without Standing just take our property). B. NIGGERS ARE NOT ALLOWED TO BE A WITTNESS OR TESTIFY IN COURT AGAINST WHITES (like our AFFIDAVITS of all of our Witnesses of all of the atrocities the Defendants have done to us is considered frivolous and futile, so the Defendants can break all laws to destroy us even using RACISM and open Police Abuse and Robbery and now accuse us of doing of what they have done Wrong. Revelations 12:10. And hold themselves not guilty. Zacheriah 11:5 says Oppressors kill us and hold themselves not Guilty. C. NIGGERS ARE NOT ALLOWED TO HAVE GUNS TO PROTECT THEMSELVES (like Shapiro, Fishman & Gach'e asked the Judge to take away our right to defend ourselves PRO SE so that only the Criminals and Vampires have teeth (fangs) and bullets (weapons) and can just kill us

while we are defenseless  to PRO SE defend ourselves.   See Google or Bing

RULES AND LAWS OF THE LOUSIANA BLACK  CODE  OF  THE SOUTH. **see**

**exhibit #34  or  www. Bing.com T*he things that were done to us is***

***absolutely inhuman and proof that we are just Broken like a horse slave***

***and the sad thing is that White People (Gentiles my Brothers) are being***

***done the same way (Reverse Discrimination), we have  absolutely no***

***rights or hope for JUSTICE against the sons of Perdition  2Thess.21-11***

***Lawyers (Ishmael, Canaan & Ham all of them aren't Evil but must Repent***

***to be Saved) LUKE 11:42-54. If your parents were treated like they did us,***

## THIRD CAUSE OF ACTION: VIOLATION OF OBAMAS PROTECTING
## TENANTS AT FORECLOSURE ACT OF 2009

Tenant James Buckman's rights were violated when he attended State Court  in

October of 2015, when he asked Judge  Barbara Aresces could he finish out the

The Lease agreement in accordance with Obama's protecting tenants at foreclosure

Act of 2009 which expired Dec. 31, 2014, but tenants that already had leases before

That time period ended still were supposed to be allowed to carry out their leases

To the end of their lease period as seen on the second page of the 2009 foreclosure act

See exb.#36, The Court would not allow him to finish his lease which ends in Dec. 31,

2016, and the Courts gave him 90 days to vacate the property  as seen in exhibit #35,

and they did not honor the protecting Tenants at foreclosure Act of 2009 that was put

out by the Dodd-Frank Wall Street Reform and Consumer Protection Act, see exb. 37.

### FOURTH CAUSE OF ACTION: FRAUD AND CONCEALMENT

On July 14, 2006 Kurt Marin signed a promissory Note for said Property at 3320

NE 165th st. Miami, Fl. 33160. The basis of the identification of Loan in WAMU

MORTGAGE PASS-THROUGH CERTIFICATE TRUST 2006-AR12 was made from the

Following factors/information that exactly corresponds with Kurt Marin Loan

Documents provided: Loan number 3010215659097; original  $2,180,000.00,For a

single family home. But on Sept. 26, 2006, the same Washington Mutual

Mortgage was sold on the Bloomberg Securities exchange as seen on exhibit #7 pg. 6,

On the 15th line from the top but not to JPMorgan who claim that they own  all loans,

Assets, and all loan commitments, of Washington Mutual From an affidavit from the

FDIC in Sept. 26, 2008  claiming JPMorgan Chase became owner by operation of law

From this affidavit that was never finalized, but its not possible for JPMorgan to own

The Note since it was already sold as a security in Sept. 26, 2006, right after it had been

Bought by Kurt Marin in 07/14/06.

## RESPA  AND TILLA VIOLATIONS

### JPM ACCUSE US OF DELAYING THE CASE WHEN JPM. WAS THIS CASE'S DELAYER

JPM is saying our motions, lawsuits and bankruptcys wasthe reason this case is old an

were making the Case be prolonged because our filings were done to prolong the Case

and wrong when they are the ones who are openly stealing White and Black people's

property wide open knowing that the Courts will help them. They also know that our

filings were'nt answered, yet were correct to stop their open thievery but they fail to

mention the fact if you go through the Docket none of our motions were ever answered

or slowed the case down andonly one Bankruptcy stopped the progress of the case and

the fact is that they delayed the case themselves several times when they failed To

appear at a hearing that they themselves requested a hearing on **08/07/12 <u>see</u>**

**<u>exb. # 21 & 22.</u>** We showed up for the hearing, but JPM did not show though

we talked to them there and asked for proof they owned or had possession of the

NOTE. We filed motion for default through the Court see exihibit#2. but the Court did

not Default JPMorgan as the Court would have Defaulted Defandants if we would not

have shown up nothing was ever done. JPM also filed for second Hearing and when

we showed up again they saw us again and would not come in to the because we asked

for the NOTE again. Then we did a Motion to Dismiss for failure to Prosecute but Judge

refused to answer again but now on third time a hearing was called and without

proving NOTE ownership for a sale DATE from different Judge. So therefore

JPM accuse us Delaying case when they are the Deliberate <u>DELAYS</u> and they

accuse us of wrong doings and yet they have been found guilty of fraud on the Courts

see Pocopanni v. JPM. Dirty hands.

**B.**  Plaintiffs raises two primary points to establish that the entry of the  Final

Judgment of  Foreclosure was erroneous.  First the court erred in entering the

Final Judgment of  Foreclosure for reason that  Washington  Mutual Bank  did not

have standing to file their Complaint  see Federal Practice Manuel 3.1 Standing

Rule says Standing can be challenged at anytime during the case including on

APPEAL and so as of  April 26, 07.  because Washington  Mutual Bank FA aka

Federal Savings Bank **see exhibit #6.**  sold the NOTE to Washington  Mutual Bank

which is totally different from Washington  Mutual Bank FA illegally because sold

without Owner's or Title Companie's  knowledge who then sold the Note through

WaMu Asset Acceptance Corp as Depositor  see  **exhibit #7.** Page 12. who then

sold the NOTE on the Stock Market in a pool of 404 other NOTES **see exb.#7,pg.7,**

called WaMu Mortgage Pass-Through Certificates, Series 2006-AR12 **see exhibit #7. Page**

**12** of the Prospectus from the SEC – CFLA  Auditor, **see exhibit #5.** As of April 26, 2007

/…………………..,.

Washington Mutual Bank not Washington  Mutual Bank FA to whom Defendant

Dr. Kurt Marin signed the NOTES _ filed its  Washington  Mutual

Bank Complaint  see Lis Pendens  **exhibit #23 &24**. This complaint which seeks

two types of Relief: Mortgage Foreclosure and re-establishment of a lost NOTE

see their Complaint **exhibit #25 page (4) line 18**.

# VIOLATION OF DUE PROCESS OF SERVICE

   We now have found  newly found evidence Found after the Judge released file  from

Judge's office back to Clerk of the Courts where we now able to get the proof  of filings

proving that appellant's Had been claiming that they were never Served  from the

beginning one Month after Judgement **see exhibit #27** and then six  months later

in**exhibit #28.** Lawyer for Appellant's  Nashid  Sabir entered a motion to vacate default

Into the files Because we were never served so therefore  the rule that said You must

file a motion on the fact that you were never served  before one Year after Judgement

or wait until the last minute to say you were not served See Well Fargo v. Lopez and

Indy Mac v. DeCastro. We clearly were well Within the time required twice we did

Motions concerning not being Served.

# PRAYER

   WHEREFORE, Plaintiff requests judgment as follows:

1. That this court issue an Order to Show Cause and, after a hearing, issue a
Temporary Restraining Order and Preliminary Injunction restraining Defendants,
and each of them, during the pendency of this action, from continuing with their
efforts to conduct a Trustee's Sale of the Property.

30

2. That the attempted foreclosure of the Property be declared illegal and that Defendants be forever enjoined and restrained from selling the Property or attempting to sell it or causing it to be sold, either under power of sale pursuant to trust deed or by foreclosure action, and from posting, publishing, or recording any notice of default or notice of trustee's sale contrary to state or federal law.

3. That the underlying loan transaction be declared void as a result of Defendants' and WaMu's misrepresentations, fraud, concealment, and predatory loan practices.

4. That Defendants make restitution to Plaintiff according to proof.

5. For a judgment determining that Plaintiff is the owner in fee simple of the Property against the adverse claims of Defendants and that Defendants have no interest in the property adverse to Plaintiff.

6. For damages in an amount of $5,000,000.00.

7. For costs of suit and reasonable fees.

8. For any and all other and further relief that May be just in this matter.

The State court is participating in helping the Bank (JPMorgan ) to defeat Plaintiffs. The Chief Judge said if we want a long hearing we should get it, and not be forced to into a rocket docket which is scheduled to last only 5 minutes.

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED BY US MAIL TO: Julie Herzlich, Esq. Fl. Bar#9459 of SHAPIRO, FISHMAN AND

31

GACH'E, LLP Attorneys for plaintiff, 2424 North Fed. Highway Ste. 360 Boca Raton, Fl. 33431.  Ph: 561-998-6700

Kurt Marin
3320 NE 165th st.
Miami, Fl. 33160

Clyde Mcphatter
3320 NE 165th st.
Miami, Fl. 33160

Maurice Symonette
3320 NE 165th st.
Miami, Fl. 33160